IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DEITCHLER, et al., | No. C-06-1538 MMC |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant / | |

Before the Court is plaintiffs's Case Management Conference Statement, filed July 6, 2006, by which plaintiffs seek to continue the July 21, 2006 case management conference in the instant action by approximately 120 days.  Plaintiffs state a continuance is necessary because they anticipate the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because they have just recently served defendant and defendant has not yet answered.

Additionally, the Court has been notified by the Judicial Panel on Multidistrict Litigation ("JPML"), by letter dated May 17, 2006, that the JPML has directed the Clerk of the Eastern District of New York to file an order transferring the above-titled action to that court for inclusion in MDL No. 1596.

//

1  Accordingly, for good cause shown, the July 21, 2006 case management conference
2  is hereby VACATED.
3  **IT IS SO ORDERED.**

5  Dated: July 7, 2006

_____
MAXINE M. CHESNEY
United States District Judge